In the Matter of New York State Urban Development Corporation, Doing Business as Empire State Development Corporation, Respondent, to Acquire in Fee Simple Certain Real Property Currently Owned by Fallsite, LLC and Known as 232 Sixth Street, City of Niagara Falls, and Others, Together with All Compensable Interests Therein Currently Owned by Fallsite, LLC, et al., and Any Other Condemnees Who Are Currently Unknown. Fallsite, LLC, et al., Appellants.

Submitted November 21, 2011; decided January 10, 2012

Reported below, 85 AD3d 1723.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.